JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LAVEAU, an individual, ) | Case no. 2:17-cv-07332-R-AFM |
| ) | Hon. Manuel L. Real |
| Plaintiff, ) | |
| ) | **ORDER GRANTING** |
| vs. ) | **STIPULATION DISMISSING** |
| ) | **ACTION AND WITHDRAWING** |
| ) | **MOTION** |
| QL2 SOFTWARE, LLC, a Delaware) | |
| corporation; and Does 1-10 inclusive, ) | |
| Defendants. ) | |

THIS MATTER came before the Court on the parties' Stipulation to dismiss the above-captioned proceeding and withdrawing the pending motion to dismiss for improper venue. Having considered the stipulation of the parties, it is now hereby ORDERED that the above-captioned proceeding is hereby dismissed without prejudice; it is further ORDERED that defendant QL2

Software, LLC's motion to dismiss for improper venue is hereby withdrawn and the hearing set for December 4, 2017 is vacated.

IT IS SO ORDERED.

DATED: November 30, 2017

_____
Hon. Manuel L. Real
United Stated District Court Judge